**LAW OFFICE OF STEWART KATZ**
STEWART KATZ, State Bar #127425
555 University Avenue, Suite 270
Sacramento, California 95825
Telephone: (916) 444-5678

Attorney for Plaintiff
Peter Moua

**RANDOLPH CREGGER & CHALFANT LLP**
ROBERT L. CHALFANT, SBN 203051
WENDY MOTOOKA, SBN 233589
1030 G Street
Sacramento, CA 95814
Telephone: (916) 443-4443

Attorneys for Defendants
Andres Chaparro and County of Sacramento

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER MOUA, | **NO. 2:12-CV-02539-JAM-JFM** |
| Plaintiff, | |
| vs. | **STIPULATION TO PERMIT THE FILING OF A FIRST AMENDED COMPLAINT FOR VIOLATION OF CIVIL RIGHTS [42 U.S.C. § 1983]** |
| ANDRES CHAPARRO; CHRISTOPHER ARBUCKLE; SACRAMENTO COUNTY SHERIFF'S DEPARTMENT, an agency of SACRAMENTO COUNTY, and DOES 1-20, | |
| Defendants. | |
| _____/ | |

COME NOW THE PARTIES by and through their respective counsel and subject to the approval of this Court, hereby stipulate and respectfully request that pursuant

to Federal Rule of Civil Procedure 15(a)(2) that the Plaintiff be permitted to file a First Amended Complaint in this action. The proposed First Amended Complaint (Corrected) is attached as Attachment #1 to the Stipulation.

This stipulation is intended to moot the presently set April 3, 2013, hearing on Defendants' 12(b)(6) motion. The Amended Complaint addresses and corrects the majority of the issues raised in that pleading. Defendants reserve and intend to bring a separate 12(b)(6) motion challenging portions and causes of action in this proposed First Amended Complaint. This stipulation is not intended and should not operate as a bar to a subsequent 12(b)(6) motion.

This stipulation was not anticipated by Plaintiff, erroneously, to be necessary prior to the filing of the First Amendment Complaint, because the Complaint had not yet been answered and the reply to the pending 12(b)(6) motion is not yet due.

Dated: March 18, 2013     LAW OFFICE OF STEWART KATZ

/s/ Stewart Katz
STEWART KATZ,
Attorney for Plaintiff

Dated: March 18, 2013     RANDOLPH CREGGER & CHALFANT, LLP

/s/ Robert Chalfant
ROBERT CHALFANT
Attorneys for Defendants

**IT IS SO ORDERED.**

Dated:  March 18, 2013     /s/ John A. Mendez
                            The Honorable John A. Mendez
                            Judge of the U.S. District Court