1  **LAW OFFICE OF STEWART KATZ**
   STEWART KATZ, State Bar #127425
2  555 University Avenue, Suite 270
3  Sacramento, California 95825
   Telephone: (916) 444-5678
4
   Attorney for Plaintiff
5  PETER MOUA

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

PETER MOUA,

        NO. 2:12-CV-02539-JAM-JFM

    Plaintiff,

  vs.

**STIPULATION FOR DISMISSAL; ORDER**

ANDRES CHAPARRO; CHRISTOPHER ARBUCKLE; COUNTY OF SACRAMENTO; SHERIFF SCOTT JONES; and DOES 1-20,

    Defendants.

_____/

    IT IS HEREBY STIPULATED and agreed by and between Plaintiff PETER MOUA and Defendants ANDRES CHAPARRO, CHRISTOPHER ARBUCKLE, COUNTY OF SACRAMENTO, and SHERIFF SCOTT JONES, by and through their undersigned counsel, that any and all claims against Defendants ANDRES CHAPARRO, CHRISTOPHER ARBUCKLE, COUNTY OF SACRAMENTO, and SHERIFF SCOTT JONES be dismissed with prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

    Each party is to bear its/his own fees and costs, including all attorneys' fees.

///

///

///

| | |
|---|---|
| Dated: January 23, 2014 | LAW OFFICE OF STEWART KATZ |
| | /s/ Stewart Katz |
| | Stewart Katz<br>Attorney for Plaintiff,<br>PETER MOUA |
| Dated: January 24, 2014 | RANDOLPH CREGGER & CHALFANT LLP |
| | /s/ Robert L.Chalfant<br>Robert L. Chalfant<br>Attorneys for Defendants<br>Andres Chaparro, County of Sacramento,<br>Sheriff Scott Jones |
| Dated: January 24, 2014 | RIVERA & ASSOCIATES |
| | /s/Jesse M. Rivera<br>JESSE M. RIVERA<br>Attorneys for Defendant<br>Christopher Arbuckle |

## ORDER DISMISSING ACTION

**IT IS SO ORDERED.** This action against Defendants ANDRES CHAPARRO, CHRISTOPHER ARBUCKLE, COUNTY OF SACRAMENTO, and SHERIFF SCOTT JONES is dismissed with prejudice. All parties to bear its own costs and attorneys' fees.

Dated: 1/27/2014                                   /s/ John A. Mendez_____

UNITED STATES DISTRICT JUDGE

STIPULATION FOR DISMISSAL; [PROPOSED] ORDER                                2